

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 16-CR-2460-BEN |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE, JUDGMENT OF DISMISSAL, BOND EXONERATION** |
| v. | ) | |
| RAUL LUCERO (2), | ) | |
| Defendant | ) | |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number against RAUL LUCERO, be granted. The dismissal shall be without prejudice. Bond is hereby exonerated.

**SO ORDERED.**

DATED: February 13, 2017

Hon. ROGER T. BENITEZ
United States District Court Judge